# TRAXCELL TECHNOLOGIES, LLC

December 5th, 2007

RE: Request For A Vendor Application

To Nokia:

ATTENTION SHELLEY JAMES

My name is Alejandro Covarrubias, and I represent Traxcell Technologies, LLC. This letter is to follow up on two unsolicited patent applications submitted on August 31 of 2007. These two patent applications were submitted by mail to Nokia at their complex at 6000 Connection Dr., Irving, TX. Nokia's online information form was also completed and included with the patent applications along with Nokia's non confidentiality declaration. Traxcell is interested in selling or leasing it's ownership interest in two United States Patent Applications in the field of cellular telephone technology.

The first Application is entitled, "A Machine for providing a dynamic data base of geographic location information for a plurality of wireless devices and process for making same". It is United States Patent Application number 2003/0134648.

Nokia referenced Traxcell's Patent Application number 2003/0134648, in Nokia's recent United States Patent number 7242946.

The second Application is entitled "An enhanced wireless phone". This is United States Patent Application number 2007/0111756 or 2005/0113113.

I would like to know what my next step would be to establish a vendor relationship, and to find if your Company is interested in acquiring rights to either of these two Patent Applications. You can view these two Patent Applications at our website, www.traxcell.com, on the "Patent Information" page.

Please email any information that you may have regarding your Company's application requirements for selling products and services to your Company, to my Manager, Jeff Reed, at jreed@Traxcell.com.

Best wishes,

Alejandro Covarrubias

6231 NORTH CAMINO ESQUINA TUCSON, AZ  85718
PHONE (520) 544-4400   FAX (520) 742-5359

Close

# RE: Investor Feedback from Nokia.com

**acovarru@email.arizona.edu**
Tue 7/31/07 3:08 PM
joyceandjeff@msn.com

Dear Jeff,

I have contacted, or at least made an attempt to contact each company on the spreadsheet. Nokia was one of the first companies to reply to my attempts. Attached is the answer they gave me. The policy regarding unsolicited outside ideas, an outline information form and a declaration of non-confidentiality/originality, which they ask us to sign and return to them. In orther to submit our invention for review.

My question is if you want me to fill out those forms, or do you want to do it?

Thank you
Alejandro Covarrubias

Quoting idea@nokia.com:

> Dear Mr. Covarrubias,
>
> Thank you for your email. Please find enclosed information of our
> policy regarding unsolicited outside ideas.
>
> Enclosed are also an outline information form and a declaration of
> non-confidentiality/originality, which we kindly ask you to sign and
> return the original by mail to:
>
> Nokia Inc.
> Unsolicited Outside Idea/IPR
> Mail Drop 1-4-785
> 6000 Connection Dr
> Irving, TX 75039
> USA
>
> Please submit only one idea per form. If you have more than one
> submission, please submit multiple outline information forms and
> declarations of non-confidentiality.
>
> Yours Sincerely,
>
> Shelley James

> IPR Administrative Assistant
>
>
> -----Original Message-----
> From: Investor Relations (RES-Nokia/Dallas)
> Sent: Tuesday, July 24, 2007 1:19 AM
> To: Idea (RES/Espoo)
> Subject: FW: Investor Feedback from Nokia.com
>
>> -----Original Message-----
>> From: Alejandro [mailto:acovarru@email.arizona.edu]
>> Sent: 24 July, 2007 03:00
>> To: Investor Relations (RES-Nokia/Dallas)
>> Subject: Investor Feedback from Nokia.com
>>

# NOKIA

Shelley James
6000 Connection Dr
Irving, TX 75039
Email: idea@nokia.com

July 24, 2007

Alejandro Covarrubias
acovarru@email.arizona.edu

Dear Mr. Covarrubias,

Thank you for your email. Thank you also for your interest in Nokia and for bringing your idea to our attention.

In the interests of all concerned, it is Nokia's policy not to review unsolicited ideas submitted to us from outside the company unless the contents of the submital are non-confidential. If the idea is covered by a patent, we still require that the contents of the submittal are made non-confidental. This is to avoid a situation where someone may later think that Nokia has stolen their idea.

Nokia is prepared to make a preliminary review of your idea on a non-confidential and non-binding basis, as outlined below. However, to ensure that you understand the legal risks involved, we strongly recommend that you seek legal advice from a lawyer or patent attorney first. You may also wish to consider obtaining protection (e.g. by filing a patent application) for your idea before you disclose it to Nokia on a non-confidential basis.

If you have a patent application, please send us a copy of the published patent specification and I will arrange for it to be reviewed on a non-confidential basis. It would also help us in evaluating your idea if you would complete and return the enclosed Outline Information and Declaration of Non-confidentiality Form.

If you do not have a patent application, or you have one but it is not yet published, we are prepared to review your idea on a non-confidential basis only if you complete and return the enclosed Outline Information and Declaration of Non-confidentiality Form together with the patent specification.

To avoid any misunderstanding, please do not send us any materials which you regard as containing confidential information.

I must emphasize that any review of your idea by Nokia will be strictly on a non-binding basis.

Finally, let me thank you once again for your interest in Nokia.

Yours Sincerely,


Shelley James
IPR Administrative Assistant

Enc: Outline Information and Non-Confidentiality Declaration

Nokia
6000 Connection Drive
Mail Stop 1-4-755
Irving, TX 75039 USA

email: idea@nokia.com

Page 1 of 7



## OUTLINE INFORMATION FORM

## NOTE: Do not disclose any confidential information on this form

1. Explanation of your idea in your own words (if necessary, continue in an appendix)

# NOKIA

| 2. | Which of the following does your idea fall into? |
|---|---|

| Product | ☐ | → | Go to 2.1 |
| System | ☐ | → | Go to 2.2 |
| Service | ☐ | → | Go to 2.3 |
| Business method | ☐ | → | Go to 2.3 |
| Other (please specify) | ☐ | → | Go to 2.3 |

_____
_____

| 2.1 | Which (a) Product Category and (b) Type does your idea relate to? |
|---|---|

| A. Product Category | B. Product Type | |
|---|---|---|
| Mobile device ☐ | Phone ☐<br>Phone/organizer ☐ | Data card ☐<br>Other ☐<br>(please specify)<br>_____ |
| Core Network ☐<br>Access Device ☐ | Routers ☐<br>DSLAM ☐ | Other ☐<br>(please specify)<br>_____ |
| Digital receiver ☐<br>(set top box) | | |

# NOKIA

| Other (please specify) ☐ | | |
|---|---|---|
| • What part of the product does your idea relate to? _____<br>• Is your idea specific to an existing Nokia product?  **Yes / No**<br>• If so, which product? _____<br>• What problem does your idea address? _____<br>_____<br>_____ | | |

| 2.2 | Which System? | | |
|---|---|---|---|
| *System* | *Type* | | |
| Standard specific | 2nd generation digital voice - (please specify) ☐<br>IP (internet) ☐<br>Bluetooth ☐<br>WAP ☐ | | 3rd generation ☐<br>(digital voice and data)<br>Multimedia (e.g. MPEG) ☐<br>Other (please specify):<br>_____<br>_____ |
| General | Wireless LAN ☐ | | Other (please specify) ☐<br>_____ |

**NOKIA**

| 2.3 | Which service, business method or other category? |
|---|---|

_____
_____
_____
_____
_____

3. At what stage is your idea?

    Concept and no further work envisaged ☐
    Feasibility study performed ☐
    Concept but further work in progress ☐
    Prototype produced ☐

Please specify

_____
_____
_____
_____

4. Have you applied to register any rights?

    Patent ☐
    Utility Model ☐
    Registered Design ☐
    Trade Mark ☐
    Other (please specify) ☐

In which country / countries? _____
On which date? _____
Application number(s) _____

**NOKIA**

| 5. | Do you propose to sell or license your idea to Nokia. If so, on what terms? | |
|---|---|---|
| | | |

| 6. | Have you approached other companies? | **Yes/No** |
|---|---|---|
| • | If so, which companies? | |

# NOKIA

Page 7 of 7

## DECLARATION

I have examined Nokia's policy regarding unsolicited ideas originating outside Nokia and I accept the principles presented thereof.

I confirm and warrant that:

my idea, as well as all the material sent to Nokia by me, was originated by me, and I have all the right to disclose it to Nokia.

The information I have given on this Form and the material sent to Nokia is not confidential.

Signed: _____
Name: _____
Address: _____
         _____
         _____
Tel: _____
Fax: _____
Date: _____

If you are writing on behalf of a Company, please give details of the Company:

_____